UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 11, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-cr- |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2251(a) |
| | : | (Attempted Sexual Exploitation of a Child) |
| | : | 18 U.S.C. § 2422(b) |
| JAMES CARROLL, | : | (Attempted Coercion and Enticement of a |
| | : | Minor) |
| Defendant. | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 2253; |
| | : | 21 U.S.C. § 853(p) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about and between November 5, 2024, and on or about November 14, 2024, within the District of Columbia and elsewhere, the defendant, **JAMES CARROLL**, did attempt to employ, use, persuade, induce, entice, and coerce any minor, specifically a minor of the age of nine years, to engage in sexually explicit conduct for the purpose of producing any live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(**Attempted Sexual Exploitation of a Child**, in violation of Title 18, United States Code, Section 2251(a))

### COUNT TWO

On or about and between November 5, 2024, and on or about November 14, 2024, within the District of Columbia and elsewhere, the defendant, **JAMES CARROLL**, using facilities and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, specifically a minor of the age of nine years, to engage in sexual activity for which any person can be charged with a criminal offense, namely First Degree Child Sexual Abuse, which was a criminal offense under Title 22, District of Columbia Code, Section 3008.

(**Attempted Coercion and Enticement of a Minor**, in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

1.   The United States hereby gives notice to the defendant, **JAMES CARROLL**, that upon his conviction of the offenses charged in Counts One and Two of this Indictment, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 2253(a), of (a) any visual depiction described in Section 2251, 2251A, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or promote the commission of such offenses or any property traceable to such property.

2.   If any of the property described above as being subject to forfeiture, as a

result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853(p))

    A TRUE BILL:

*Matthew M. Graves* /JJI

FOREPERSON

Attorney of the United States in
and for the District of Columbia