UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.              :        No. 24-cr-544 (APM)

**JAMES CARROLL**      :

### MOTION TO VACATE DETENTION HEARING

James Carroll, through undersigned counsel, respectfully moves this Honorable Court to vacate the detention hearing currently scheduled for December 20, 2024. At this time, Mr. Carroll concedes detention without prejudice to raise the issue at a later date. He also consents to tolling speedy trial between today's date and the date of an initial status conference, which has yet to be scheduled.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
Diane Shrewsbury
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.        :        No. 24-cr-544 (APM)

JAMES CARROLL        :

## [PROPOSED] ORDER

Upon consideration of Mr. Carroll's Motion to Vacate Detention Hearing, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the detention hearing set for December 20, 2024 is VACATED; and it is further

ORDERED that the Speedy Trial clock is tolled from today's date until the date of an initial status conference before the district judge, which has yet to be scheduled.

    SO ORDERED.

DATE:                                    _____
                                             ZIA M. FARUQUI
                                             UNITED STATES MAGISTRATE JUDGE