## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL NO. 24-cr-544 (APM)** |
| **JAMES CARROLL,** | |
| **Defendant.** | |

### [PROPOSED] ORDER

Upon consideration of the United States' Unopposed Motion for an Order Permitting the Disclosure of Items Protected by Federal Rule of Criminal Procedure 6(e), it is this ___ day of January, 2025, **ORDERED** that the Motion is **GRANTED**.   It is further

**ORDERED** that the United States may produce to the defendant in discovery materials protected by Federal Rule of Criminal Procedure 6(e).

**SO ORDERED.**

_____
The Honorable Amit P. Mehta
United States District Judge