

U.S. Department of Justice
Edward R. Martin, Jr.
Acting United States Attorney
*District of Columbia*

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C. 20530*

January 22, 2025

**VIA USAFX**

Diane Shrewsbury
Assistant Federal Public Defender
Office of the Federal Public Defender
635 Indiana Avenue N.W., Suite 550
Washington, D.C. 20004
T: (202) 208-7500 x 5130
Diane_Shrewsbury@fd.org

    Re: Discovery Production Letter No. 1
       *United States v. James Carroll,* 24-cr-544

Dear Counsel:

  I am writing to memorialize the production of the following material in discovery:

**On USAFX:**

Production No. 1:

- 1_Case Jacket - Case _ 24151349.pdf
- 2_Report Packet - 24151349 Case Note 5_ JSCUSA2016_gmail.com _Google_.pdf
- 3_Cover Sheet - 24151349 Offense_Incident_ Sexual Abuse Investigation _ Incident.pdf
- 4_Report Packet - 24151349 Case Note 1_ Initial Case Resume _ICR_.pdf
- 5_Report Packet - 24151349 Case Note 7_ Comcast Cable LLC.pdf
- 6_Report Packet - 24151349 Case Note 6_ JAMESCARROLLUSA_Gmail.com _Google_.pdf
- 7_Report Packet - 24151349 Case Note 13_ Forensic Extractions.pdf
- 8_Report Packet - 24151349 Case Note 14_ LUKEUKCIRC _Discord_.pdf
- 9_Report Packet - 24151349 Case Note 2_ National Center for Missing and Exploited Children _NCMEC_.pdf

- 10_Report Packet - 24151349 Offense_Incident_ Sexual Abuse Investigation _ Incident.pdf
- 11_Report Packet - 24151349 Case Note 10_ Circumcisedlondongay - Discord _Search Warrant_.pdf
- 12_Report Packet - 24151349 Case Note 9_ Carroll_ James S _Biographical_.pdf
- 13_Report Packet - 24151349 Case Note 4_ CircumcisedLondonGay _Discord User_.pdf
- 14_Report Packet - 24151349 Case Note 11_ Linked Discord Users.pdf
- 15_Public Packet - 24151349 Offense_Incident_ Sexual Abuse Investigation _ Incident.pdf
- 16_Report Packet - 24151349 Case Note 3_ Child Sexual Abuse Material _CSAM_.pdf
- 17_Report Packet - 24151349 Case Note 8_ 202-355-4805 _AT_T Wireless_.pdf
- 18_Report Packet - 24151349 Case Note 12_ Proactive Investigation.pdf
- 305B-WF-4000621_0000001.pdf
- 305B-WF-4000621_0000001_1A0000001_0000001.pdf
- 305B-WF-4000621_0000001_1A0000001_0000008.jpg
- 305B-WF-4000621_0000001_1A0000001_0000010.pdf
- 305B-WF-4000621_0000001_1A0000001_0000011.pdf
- 305B-WF-4000621_0000001_1A0000001_0000015.jpg
- 305B-WF-4000621_0000001_1A0000001_0000016.zip
- 305B-WF-4000621_0000002.pdf
- 305B-WF-4000621_0000003.pdf
- 305B-WF-4000621_0000004.pdf
- 305B-WF-4000621_0000005.pdf
- 305B-WF-4000621_0000006.pdf
- 305B-WF-4000621_0000007.pdf
- 305B-WF-4000621_0000008.pdf
- 305B-WF-4000621_0000009.pdf
- 305B-WF-4000621_0000010.pdf
- 305B-WF-4000621_0000011.pdf
- 305B-WF-4000621_0000012.pdf
- 305B-WF-4000621_0000013.pdf
- 305B-WF-4000621_0000014.pdf
- 305B-WF-4000621_0000015.pdf
- 305B-WF-4000621_0000016.pdf
- 305B-WF-4000621_0000016_1A0001239_0000001.pdf
- 305B-WF-4000621_0000016_1A0001239_0000002.pdf
- 305B-WF-4000621_0000017.pdf
- 305B-WF-4000621_0000018.pdf
- 305B-WF-4000621_0000019.pdf
- 305B-WF-4000621_0000020.pdf
- 305B-WF-4000621_0000021.pdf
- 305B-WF-4000621_0000022.pdf
- 305B-WF-4000621_0000023.pdf
- 305B-WF-4000621_0000024.pdf

- 305B-WF-4000621_0000024_1A0000002_0000001.pdf
- 305B-WF-4000621_0000024_1A0000002_0000002.pdf
- 305B-WF-4000621_0000025.pdf
- 305B-WF-4000621_0000025_1A0000003_0000001.pdf
- 305B-WF-4000621_0000025_1A0000003_0000002.pdf
- 305B-WF-4000621_0000025_1A0000003_0000003.pdf
- 305B-WF-4000621_0000025_1A0000003_0000004_PHYSICAL.pdf
- 305B-WF-4000621_0000026_1A0000004_0000001_PHYSICAL.pdf
- 305B-WF-4000621_0000026_Redacted.pdf
- 305B-WF-4000621_0000027.pdf
- 305B-WF-4000621_0000027_1A0000005_0000001.pdf
- 305B-WF-4000621_0000027_1A0000005_0000002.pdf
- 305B-WF-4000621_0000031.pdf
- 305B-WF-4000621_0000031_1A0000007_0000001.pdf
- 305B-WF-4000621_0000031_1A0000007_0000002.jpg
- 305B-WF-4000621_0000031_1A0000007_0000003.jpg
- 305B-WF-4000621_0000031_1A0000007_0000004.jpg
- 305B-WF-4000621_0000031_1A0000007_0000005.jpg
- 305B-WF-4000621-GJ_0000001.pdf
- 305B-WF-4000621-GJ_0000001_1A0000001_0000001.pdf
- 305B-WF-4000621-GJ_0000002.pdf
- 305B-WF-4000621-GJ_0000002_1A0000002_0000001.pdf
- 305B-WF-4000621-GJ_0000003.pdf
- 305B-WF-4000621-GJ_0000003_1A0000003_0000001.pdf
- 305B-WF-4000621-GJ_0000004.pdf
- 305B-WF-4000621-GJ_0000004.pdf
- 305B-WF-4000621-GJ_0000004_1A0000004_0000001.pdf
- 305B-WF-4000621-SBP_0000001.pdf
- 305B-WF-4000621-SBP_0000001_1A0001024_0000001.pdf
- 305B-WF-4000621-SBP_0000001_1A0001024_0000002.zip
- 305B-WF-4000621-SBP_0000002.pdf
- 305B-WF-4000621-SBP_0000002_1A0001025_0000001.pdf
- 305B-WF-4000621-SBP_0000002_1A0001025_0000002.zip
- 305B-WF-4000621-SBP_0000003.pdf
- 305B-WF-4000621-SBP_0000003_1A0001026_0000001.pdf
- 305B-WF-4000621-SBP_0000003_1A0001026_0000002.zip
- 305B-WF-4000621-SBP_0000004.pdf
- 305B-WF-4000621-SBP_0000004_1A0001027_0000001.pdf
- 305B-WF-4000621-SBP_0000004_1A0001027_0000002.zip
- 305B-WF-4000621-SBP_0000005.pdf
- 305B-WF-4000621-SBP_0000005_1A0001028_0000001.pdf
- 305B-WF-4000621-SBP_0000005_1A0001028_0000002.docx
- 305B-WF-4000621-SBP_0000006.pdf
- 305B-WF-4000621-SBP_0000006_1A0001033_0000001.pdf

- 305B-WF-4000621-SBP_0000006_1A0001033_0000002.docx
- 305B-WF-4000621-SBP_0000007.pdf
- 305B-WF-4000621-SBP_0000007_1A0001045_0000001.pdf
- 305B-WF-4000621-SBP_0000007_1A0001045_0000002.zip
- 305B-WF-4000621-SBP_0000008.pdf
- 305B-WF-4000621-SBP_0000008_1A0000001_0000001.pdf
- 305B-WF-4000621-SBP_0000008_1A0000001_0000002.zip
- 305B-WF-4000621-SBP_0000009.pdf
- 305B-WF-4000621-SBP_0000009_1A0000002_0000001.pdf
- 305B-WF-4000621-SBP_0000009_1A0000002_0000002.zip
- 305B-WF-4000621-SBP_0000010.pdf
- 305B-WF-4000621-SBP_0000010_1A0000003_0000001.pdf
- 305B-WF-4000621-SBP_0000010_1A0000003_0000002.pdf
- 305B-WF-4000621-SBP_0000011.pdf
- 305B-WF-4000621-SBP_0000011_1A0000004_0000001.pdf
- 305B-WF-4000621-SBP_0000011_1A0000004_0000002.zip
- 305B-WF-4000621-SBP_0000012.pdf
- 305B-WF-4000621-SBP_0000012_1A0000005_0000001.pdf
- 305B-WF-4000621-SBP_0000012_1A0000005_0000002.zip
- 305B-WF-4000621-SBP_0000013.pdf
- 305B-WF-4000621-SBP_0000013_1A0000006_0000001.pdf
- 305B-WF-4000621-SBP_0000013_1A0000006_0000002.zip
- 305B-WF-4000621-SBP_0000014.pdf
- 305B-WF-4000621-SBP_0000014_1A0000007_0000001.pdf
- 305B-WF-4000621-SBP_0000014_1A0000007_0000002.zip
- WS600016.WMA
- LDS-100_item1_shipment2.pdf
- final response LCR929640.docx
- Final Response LCR930249.docx
- 1116848970593996911.pdf
- 1283295411561304108.pdf
- 1283408407868604519.pdf
- DISC-22443_Discord Business Records Cert.pdf
- jamescarrollusa.SubscriberInfo.html
- jscusa2016.SubscriberInfo.html
- 2a37ca1c-5383-4239-b961-0dcb2960983a.zip
- *FOLDER* Discord (CIRCUMCISEDLONDONGAY)
- *FOLDER* Discord (LUKEUKCIRC)
- *FOLDER* Sensitive

There are subfolders in this production that contain multiple documents. One subfolder is clearly labeled as "SENSITIVE". As detailed in the Protective Order, as Sensitive Material, it must be maintained in your custody and control. While you may show these documents to the defendant, you may not allow the defendant to maintain copies or write down any personal

4

identity information.  Furthermore, absent the Court's permission, you may not include this information in any public filings.  Another subfolder labeled "PRODUCED BEFORE DETENTION HEARING" includes multiple files that were previously produced before the initial detention hearing, which was scheduled for December 30, 2024.  This subfolder contains the redacted OCE chats between your client and the undercover officer that occurred between November 5, 2024, and November 14, 2024, and several images in a subfolder labeled "Sensitive Obscene Material."

      I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you.  The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

      I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you.  The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

      Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ Karen L. Shinskie*

Karen L. Shinskie
Assistant United States Attorney
Phone: (202) 730-6878
Email: Karen.Shinskie@usdoj.gov