UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.      :      No. 24-cr-544 (APM)

JAMES CARROLL      :

### CONSENT MOTION TO CONTINUE STATUS CONFERENCE

James Carroll, through undersigned counsel, respectfully moves this Honorable Court to continue the status conference currently set for March 7, 2025 by 45 days. The government continues to produce discovery and counsel needs additional time to review the discovery and discuss it with Mr. Carroll. Mr. Carroll consents to the tolling of the speedy trial clock from today's date to the date of the rescheduled status conference as it will give him the additional time necessary to review discovery and consult with counsel on how to proceed in this case.

For the foregoing reasons, Mr. Carroll asks the Court to continue the status conference for a period of about 45 days.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
Diane Shrewsbury
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

1