U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 1:24-cr-544 |
| v. | JUDGE: AMIT P. MEHTA |
| JAMES CARROLL | STATUS: June 27, 2025 |

### DEFENDANT'S SECOND UNOPPOSED MOTION TO CONTINUE STATUS HEARING

James Carroll, through counsel, respectfully moves this Court, pursuant to the Fifth and Sixth Amendments to the United States Constitution, to continue the status hearing in this matter, which is currently scheduled for June 27, 2025 at 9:45 a.m.[1] Undersigned counsel is reviewing the discovery and applicable law to understand how the fairly novel prosecution theory fits under prior judicial rulings. The parties have discussed the provision of a formal plea offer, but more time is necessary before that occurs. Counsel is also investigating the basis of a bond motion. Mr. Carroll is preventively detained and agrees to toll speedy trial until the new status hearing date.

The government does not oppose this motion.

The parties have discussed a continuance of the status hearing to dates in late July-early August. Sticking with Fridays, counsel proposes a continuance to July 25, 2025, August 1, 2025, or August 8, 2025. If the defense files a bond motion, allowing for time for the government to respond, counsel may request an earlier hearing particularly for consideration of pretrial release.

WHEREFORE, for the reasons set forth above, Mr. Carroll respectfully requests that Court continue the status hearing in this matter to a date in late July-early August 2025.

---

[1] Defense counsel also has a sentencing hearing before Judge Howell scheduled for **9:30 a.m.** on June 27, 2025. Counsel anticipates that the sentencing hearing will take 30-45 minutes.

1

Respectfully submitted,

/s Edward J. Ungvarsky
Edward J. Ungvarsky, Bar No. 459034
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
DC: 202 546 1500
VA: 571 207 9710
Cell: 202 409 2084
Email: ed@ungvarskylaw.com
Counsel for James Carroll

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Continue was served on the government, via electronic filing, on this 23rd day of June, 2025.

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky