U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 1:24-cr-544 |
| v. | JUDGE: AMIT P. MEHTA |
| JAMES CARROLL | STATUS: JUNE 27, 2025 |

**ORDER ON SECOND UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Upon the defendant's motion to continue status hearing, having heard that the government does not oppose the motion, and for the reasons given, and good cause shown, the motion to continue trial is hereby GRANTED, and the June 27, 2025 status hearing date is VACATED and the status hearing is CONTINUED to _____, 2025 at \_\_\_\_\_ a.m./p.m. Speedy trial is tolled until the new status hearing date, with the defendant's consent.

SO ORDERED.

_____
Hon. Amit P. Mehta
U.S. District Judge