UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 24-CR-544 (APM) |
| ) | |
| v. ) | Hearing: Nov. 21, 2025, 10:00 a.m. |
| ) | |
| **JAMES CARROLL** ) | |
| ) | |

### DEFENDANT'S STATUS REPORT

The government has extended a plea offer to Mr. Carroll. Because defense counsel is in an out-of-district, jury trial from September 19-26, 2025, the government has given the defense until the middle of October to review the plea offer. The parties will update the Court if there is a pretrial resolution and if so, if the parties will seek to enter it at the November 21, 2025 hearing or will request a different date.

The parties had submitted a Joint Status Report, which proposed setting a hearing on a defendant's motion to dismiss, with a related schedule of discovery production and briefing. Considering the ongoing plea discussions, at defense counsel's initiative, the parties will defer any government review of evidence and additional discovery related to the motion and briefing. After a decision as to pretrial resolution is reached, the defense will update the Court whether the motion to dismiss will be filed.

Respectfully submitted,

/s Edward J. Ungvarsky
Edward J. Ungvarsky, Bar No. 459034
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
DC: 202 546 1500
VA: 571 207 9710

1

Cell: 202 409 2084
Email: ed@ungvarskylaw.com
Counsel for James Carroll

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the government, via electronic filing, on this 17th day of September, 2025.

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky