**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.: 24-cr-544 (APM)** |
| **v.** | **:** | |
| | **:** | |
| **JAMES CARROLL,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel of the entry of appearance of the undersigned Assistant United States Attorney, Richard Kelley, as additional counsel for the government in the above-referenced action. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ *Richard Kelley*
Richard Kelley
DC Bar No. 1026390
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 834-3571
Richard.Kelley2@usdoj.gov