**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No. 1:24-cr-0544 (APM)** |
| **JAMES CARROLL** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR REPLY BRIEF

Mr. Carroll, though undersigned counsel, respectfully submits this Unopposed Motion to Extend Deadline for Reply to the Government's Opposition to Mr. Carroll's Motion to Dismiss. In support of this Motion, counsel respectfully submits as follows.

1. On May 29, 2026, Mr. Carroll filed a motion to dismiss the indictment.  On June 9, the government filed its Opposition.  Mr. Carroll's Reply is due this Friday, June 26.

2. The parties have entered into plea discussions and are making progress.  In order to focus on those discussions and avoid unnecessary work, Mr. Carroll is respectfully requesting an extension of time to file his Reply, if one still proves necessary.  Mr. Carroll requests July 7, 2026 as the new due date for the Reply.

3. The Court had previously scheduled a hearing on the motion to dismiss for July 13, 2026.  The parties respectfully suggest leaving that date in place for the hearing or, if plea negotiations are successful, to conduct the Rule 11 colloquy on that day.

4. The government, through AUSA Karen Shinskie, does not oppose this motion.

5. Accordingly, the defense respectfully moves the Court to continue the June 26, 2026 due date for his Reply brief until July 7.

DATED:        June 23, 2026                    Respectfully submitted,

                                               ___/s/_____
                                               Jonathan S. Jeffress (Bar No. 479074)
                                               Kaiser PLLC
                                               1099 14th Street NW
                                               8th Floor West
                                               Washington, DC 20005
                                               (202) 640-2850
                                               jjeffress@kaiserlaw.com

                                               *Counsel for James Carroll*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2026, a true and accurate copy of the foregoing was served electronically via ECF.


*/s/ Jonathan S. Jeffress*
*Jonathan S. Jeffress, Esq.*