**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No. 1:24-cr-0544 (APM)** |
| **JAMES CARROLL,** | **:** | |
| | **:** | |
| *Defendant.* | **:** | |

**UNOPPOSED THIRD MOTION TO EXTEND DEADLINE FOR REPLY BRIEF**

Mr. Carroll, though undersigned counsel, respectfully submits this Unopposed Third Motion to Extend Deadline for Reply to the Government's Opposition to Mr. Carroll's Motion to Dismiss. In support of this Motion, counsel respectfully submits as follows.

1. On May 29, 2026, Mr. Carroll filed a motion to dismiss the indictment. On June 9, the government filed its Opposition. After several extensions, Mr. Carroll's Reply is now due July 16, 2026.

2. The parties continue to make progress in plea discussions. In order to focus on those discussions and avoid unnecessary work, Mr. Carroll is respectfully requesting a further extension of time to file his Reply, if one still proves necessary. Given that the undersigned will be on leave next week, Mr. Carroll requests August 10, 2026 as the new due date for the Reply.

3. The government, through AUSA Karen Shinskie, does not oppose this motion.

4. Accordingly, the defense respectfully moves the Court to continue the July 16, 2026 due date for his Reply brief until August 10, 2026.

DATED:        July 15, 2026                    Respectfully submitted,

                                            /s/

Jonathan S. Jeffress (Bar No. 479074)
Kaiser PLLC
1099 14th Street NW, 8th Floor West
Washington, DC 20005
(202) 640-2850
jjeffress@kaiserlaw.com

*Counsel for James Carroll*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2026, a true and correct copy of the foregoing was served on counsel of record via ECF.


/s/ Jonathan S. Jeffress
Jonathan S. Jeffress