**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 1:24-cr-0544 (APM)** |
| **JAMES CARROLL** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION TO VACATE DEADLINE FOR REPLY BRIEF AND RESHCEUDLE HEARING**

Mr. Carroll, though undersigned counsel, respectfully submits this Unopposed Motion to Vacate Deadline for his Reply to the Government's Opposition to Mr. Carroll's Motion to Dismiss. The parties also move to reschedule the motions hearing currently scheduled for Wednesday, August 19, 2026, as a Rule 11 hearing during the week of September 28th, in lieu of the currently set trial date.

In support of this Motion, counsel respectfully submits as follows.

1. The parties have reached a plea in principle. The parties are currently exchanging drafts of the agreement and the statement of offense. In order to allow the parties to finalize the plea and prepare for the Rule 11 hearing, the parties respectfully request the Court: (1) vacate Mr. Carroll's due date for the Reply brief, pending the outcome of the plea efforts; and (2) reschedule the August 18th hearing as a Rule 11 hearing during the week of September 28th, which is currently the first week of the trial in this case. The additional time between now and September 28th is needed to finalize the plea and is also due to all counsel's trial schedules in other cases.

2. The government, through AUSA Karen Shinskie and Richard Kelley, does not oppose this motion.

DATED: August 17, 2026

Respectfully submitted,

/s/ Jonathan S. Jeffress

Jonathan S. Jeffress (Bar No. 479074)
Kaiser PLLC
1099 14th Street NW, 8th Floor West
Washington, DC 20005
(202) 640-2850
jjeffress@kaiserlaw.com

*Counsel for James Carroll*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 17, 2026, a true and correct copy of the foregoing was served on all counsel of record in the above-captioned case via the Court's Electronic Case Filing (ECF) system.

/s/ Jonathan S. Jeffress
Jonathan S. Jeffress