**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 1:24-cr-0544 (APM)** |
| **JAMES CARROLL** | : | |
| | : | |
| **Defendant.** | : | |

**<u>UNOPPOSED MOTION TO VACATE THE PRETRIAL CONFERENCE AND TRIAL AND TO CONTINUE THE PRETRIAL CONFERENCE</u>**

Mr. Carroll, through undersigned counsel, respectfully submits this Unopposed Motion to Vacate the pretrial conference and trial currently scheduled in this matter and to continue the pretrial conference. The parties have exchanged and accepted edits to the plea agreement and the statement of offense and are close to finalizing a plea, and respectfully request a brief continuance to allow them to complete that process in lieu of proceeding to trial.

In support of this Motion, counsel respectfully submits as follows.

1. Trial in this matter is currently set to begin on September 28, 2026, at 9:30 AM. As reflected in the Court's August 19, 2026 Minute Order, the parties have reached a plea in principle, and the Court indicated that it would convert the start of trial to a change-of-plea hearing once the parties confirm that a final plea agreement is in place.

2. Since that Order, the parties have continued to exchange drafts of the plea agreement and the statement of offense, and have now exchanged and accepted edits to those documents. The parties are close to finalizing the plea. A short continuance of the pretrial conference and trial is needed to permit the parties to complete and execute the final plea agreement and statement of offense, and is also due to all counsel's trial schedules in other cases.

3. Accordingly, the parties respectfully request that the Court: (1) vacate the pretrial conference and the trial currently scheduled to begin September 28, 2026; and (2) continue the pretrial conference to one of the following dates and times, at the Court's convenience: any time the morning of Tuesday, October 6, 2026; any time on Wednesday, October 7, 2026; the morning of Thursday October 8, 2026; or Friday, October 9, 2026. If a final plea agreement is in place before the continued date, the parties respectfully request that the Court convert the continued pretrial conference to a change-of-plea hearing under Federal Rule of Criminal Procedure 11.

4. The parties further request that the Court exclude the time between now and the continued date under the Speedy Trial Act. For the same reasons set forth in the Court's August 19, 2026 Minute Order, the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, because the exclusion is warranted to permit the parties to finalize a potential pretrial disposition.

5. The government, through AUSAs Karen Shinskie and Richard Kelley, does not oppose this motion.

DATED: September 22, 2026

Respectfully submitted,

/s/ Jonathan S. Jeffress
Jonathan S. Jeffress (Bar No. 479074)
Kaiser PLLC
1099 14th Street NW, 8th Floor West
Washington, DC 20005
(202) 640-2850
jjeffress@kaiserlaw.com

*Counsel for James Carroll*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 22, 2026, a true and correct copy of the foregoing was served on all counsel of record in the above-captioned case via the Court's Electronic Case Filing (ECF) system.

/s/ Jonathan S. Jeffress
Jonathan S. Jeffress

*Counsel for James Carroll*