**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 2252(a)(2), (b)(1)** |
| **JAMES CARROLL,** | : | **(Attempted Receipt of Child Pornography)** |
| | : | |
| **Defendant.** | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 2253;** |
| | : | **21 U.S.C. § 853(p)** |
| | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about and between November 5, 2024, and on or about November 14, 2024, within the District of Columbia and elsewhere, the defendant, **JAMES CARROLL**, did knowingly attempt to receive any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct as that term is defined in Title 18, United States Code, Section 2256(2).

(**Attempted Receipt of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1))

## FORFEITURE ALLEGATION

1. The United States hereby gives notice to the defendant, **JAMES CARROLL**, that upon his conviction of the offense charged in Count One of this Information, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 2253(a), of (a) any visual

depiction described in Section 2251, 2251A, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or promote the commission of such offenses or any property traceable to such property.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853(p))

Respectfully submitted,

JEANINE F. PIRRO
United States Attorney

By: *Karen Shinskie*
Karen L. Shinskie

Assistant United States Attorney